■ JERRY WNUK et al., Appellants-Respondents, v CIBA-GEIGY CORP. et al., Respondents-Appellants, et al., Defendant. —Cross appeals from an order of the Supreme Court, Rockland County, dated September 6, 1985.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Green at the Supreme Court, Rockland County. Weinstein, J. P., Rubin, Kooper and Sullivan, JJ., concur.